## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: Terrica Lee Tohmba

Case No. 26 10 1692

Section

Debtor (s) Triad Financial

Chapter Ch. 13

Motion to expedite

Signed: Tohmba

Date: 3-27-26

Address: 126 Turner Ln
Boutte, La 70039

Phone: 504 247-3863

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:**
**TERRICA LEE TOUMBA**
Debtor

Case No. **26-10692**
Chapter 13
Section **A**

### DECLARATION OF TERRICA LEE TOUMBA IN SUPPORT OF EMERGENCY MOTION TO IMPOSE THE <u>AUTOMATIC STAY</u>

I, **Terrica Lee Toumba**, declare under penalty of perjury that the following is true

and correct:

1. I am the Debtor in this Chapter 13 case, Case No. **26-10692.**

2. I filed this bankruptcy case on **March 24, 2026**.

3. I live at **126 Turner Lane, Boutte, Louisiana 70039**.

4. This motion concerns my manufactured home, described as a **2022 Hamilton Home Builders manufactured home, Serial No. HH22AL12510**, located at my residence.

5. After I filed this bankruptcy case, I gave notice of the filing to the sheriff and to the creditor or representatives connected with the manufactured home.

6. After notice of the bankruptcy filing, I was contacted and told that I needed to pack my things and get out because they were coming to take the trailer.

7. I am requesting emergency relief because I am facing immediate threatened action against my residence and need the Court to impose the automatic stay.

8. My prior bankruptcy cases were dismissed during a period when I was dealing with hospitalization and medical emergencies.

9. Because of those medical problems, I lost my job and was not able to continue working or continue making plan payments.

10. I am now back to work full time and I am filing this case in good faith in an effort to stabilize my finances and address my debts.

11. I am seeking relief from this Court in good faith and not for delay, but to protect my residence and proceed with this Chapter 13 case.

12. I respectfully ask the Court to impose the automatic stay and set this matter for expedited hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 26, 2026
at St. Charles Parish, Louisiana.


**/s/Terrica Lee Toumba**
Debtor, Pro Se