# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| TERRICA LEE TOUMBA<br>126 TURNER LN<br>BOUTTE LA  70039 | **26-10692**<br>Chapter 13<br>Section A |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS CASE

NOW INTO COURT comes Karie L Fahrenholz, Chapter 13 Trustee, who withdraws the Chapter 13 Trustee's Motion to Dismiss in this case (pleading #19). Therefore, the related hearing set for May 13, 2026 is cancelled.

Attorney for debtor:

PRO SE

/s/ Karie L Fahrenholz
Karie L Fahrenholz
Chapter 13 Trustee

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

04/13/2026          by: Kourtney Lopiccolo