# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| TERRICA LEE TOUMBA<br>126 TURNER LN<br>BOUTTE LA  70039 | **26-10692**<br>Chapter 13<br>Section A |

**The following deficiencies have been found in this case and if they have not been corrected eight days before the 341 MOC, the 341 MOC hearing will be CONTINUED. If the debtor's attorney in this case has a history of failure to timely provide the requested information needed it may result in an objection to the attorney fee of $350 minimum or $100 per line item.**

**X** Need **2024** tax returns.

**X** Need 4 year tax certification.

**X** Need Proof of Income and/or 6 month profit and loss.

_ Need DSO information.

_ Need BPO.

_ Need NADA for any lien avoidance.

_ Need Debtor(s) email address.

**X** Plan #6 & last line #7.6 do not match liquidation analysis.

**X** Need court approved liquidation analysis.

_ Attorney compensation and plan do not match.

_ S.O.F.A. #4 and/or #5 incomplete.

_ Schedule "I' is incomplete.

**X No ID and/or SS card.**

_ Need a formal P&L by month, for 6 months prior to filing.

**X** Other: Chapter 13 Plan incomplete. Need Schedules A-J. Need Chapter 13 B-22. Need S.O.F.A.

**Note: The debtor(s) and debtor's attorney MUST attend the 341 meeting of creditors even if the deficiencies on this page have not been satisfied.**

The deadline to respond to the DEFICIENCES is **04/20/2026**.

By:  /s/ Nicole Lane

Attorney for debtor:

PRO SE